UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-02912 FMO (DSR) Date: July 27, 2026

Title Paul Butakov v. Oscar Insurance Co., et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE SUMMONS AND COMPLAINT**

Plaintiff initiated this case on March 18, 2026, by filing his original Complaint against "Oscar Insurance Company" for breach of contract, breach of the implied covenant of good faith and fair dealing, bad faith, and negligence, and sought to invoke this Court's subject-matter jurisdiction under 28 U.S.C. § 1332 (diversity). See Doc. No. 1. With his original Complaint. Plaintiff also filed a Request to Proceed In Forma Pauperis ("IFP"). See Doc. No. 3. On March 31, 2026, the Court denied Plaintiff's IFP Request and ordered the case dismissed for lack of subject-matter jurisdiction. See Doc. No. 10.

On April 1, 2026, Plaintiff paid the applicable filing fee and the Clerk's Office reopened the case. See Doc. No. 9. On April 7, 2026, Plaintiff filed a First Amended Complaint. See Doc. No. 12. In the First Amended Complaint, Plaintiff drops the Defendant named in the original Complaint ("Oscar Insurance Company"), adds as new Defendants the State of California and "Oscar Health Insurance," and invokes this Court's subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 (federal question and civil rights jurisdiction). Id.

Since that time, however, Plaintiff has failed to serve any Defendant properly with the Summons and Complaint. After filing a complaint, a plaintiff must prepare a summons on the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-02912 FMO (DSR) Date: July 27, 2026

Title Paul Butakov v. Oscar Insurance Co., et al.

official Court form (AO 440) and present it to the Clerk of Court for signature and seal. See Fed. R. Civ. P. 4(b); Local Civil Rule 4-1. The mandatory summons form AO 440 is available on the Court's website at www.cacd.uscourts.gov. Once the Clerk signs and seals that completed summons form, the issued summons is returned to the Plaintiff for service on each Defendant. See Fed. R. Civ. P. 4(b). The Plaintiff is then responsible for having the summons and a copy of the complaint served on each named Defendant. See Fed. R. Civ. P. 4(c). The requirements for such service are stated in Federal Rule of Civil Procedure 4.

In this case, Plaintiff prepared a Summons on the First Amended Complaint for Defendant State of California, and the Clerk issued it on April 8, 2026. See Doc. No. 14. On April 9, 2026, Plaintiff filed a Return of that Summons, indicating that it had been served by "mailing." Such service does not comply with the requirements of Rule 4, however. See Fed R. Civ. P. 4(j)(2); Cal. Civ. Proc. Code § 416.50. Plaintiff has not obtained any Summons for Defendant "Oscar Health Insurance," and therefore necessarily has failed to serve that Defendant. Thus, Plaintiff has failed to show proper service of the Summons and First Amended Complaint on either of the named Defendants in this case.[1]

Service of the summons and complaint must be completed within 90 days after the complaint is filed. If it is not, the Court – "on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed R. Civ. P. 4(m). The plaintiff must then file proof of such service with the Court. See Fed. R. Civ. P. 4(l). More than 90 days have passed since the filing of the First Amended Complaint in this case; thus, the Court must dismiss the case unless Plaintiff can show good cause for his failure to serve the Defendants with the Summons and First Amended Complaint.

Plaintiff is therefore ORDERED TO SHOW CAUSE **no later than AUGUST 10, 2026**, why this case should not be dismissed for failure to serve the Summons and First Amended Complaint on each of the named Defendants. Plaintiff may comply with this Order by filing either Proofs of Service of the Summons and First Amended Complaint on each Defendant or a

[1] While Plaintiff filed a Proof of Service stating a certified letter was sent to "Carmen West" on April 8, 2026, there is no such named Defendant in this case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-02912 FMO (DSR) Date: July 27, 2026

Title Paul Butakov v. Oscar Insurance Co., et al.

sworn Declaration on or before that deadline showing good reason(s) why he has failed to serve Defendants, and when he will do so. Alternatively, if Plaintiff no longer wishes to continue this lawsuit he may file a request for dismissal without prejudice.

FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER BY THE DEADLINE WILL RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.

The Clerk is directed to send Plaintiff, with the service of this Order, a blank copy of the form notice of dismissal (form CV-09) that Plaintiff can sue to dismiss the case without prejudice, if he wishes to do so.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK